UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANDRE LAMONT WOODS, | ) | CASE NO. CV 13-2842-CBM (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) | |
| E. VALENZUELA, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  5/13/2013  .

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesC7A056\Judgment.wpd